**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00080 |
| v. | § § | JURY TRIAL DEMANDED |
| **TCL CORPORATION and TCL ELECTRONICS HOLDINGS LIMITED,** | § § § § | |
| Defendants. | | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and states the following: Plaintiff Cellular Communications Equipment LLC ("CCE") states that it is a Texas Limited Liability Company and that more than 10% of CCE is owned by Acacia Research Group LLC.  Acacia Research Group LLC is a wholly-owned subsidiary of Acacia Research Corporation, a publicly-owned company

Dated: March 17, 2020

Respectfully submitted,

/s/ *Jonathan H. Rastegar*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Jonathan H. Rastegar
Texas Bar No. 24064043

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
jrastegar@bcpc-law.com

Attorneys for Plaintiff
**CELLULAR COMMUNICATIONS EQUIPMENT LLC**