AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>TCL CORPORATION and TCL ELECTRONICS )<br>HOLDINGS LIMITED )<br>)<br>*Defendant* ) | Civil Action No. 2:20-cv-00080 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TCL CORPORATION
No. 26, the Third Road, Zhongkai Avenue, Huizhou City, Guangdong,
P.R. China 516006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jonathan H. Rastegar
BRAGALONE CONROY PC
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/18/20

David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-CV-00080

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* TCL CORPORATION
was received by me on *(date)* 03/19/2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* TCL CORPORATION
C/O BUSINESS FILINGS INCORPORATED, 108 W. 13TH STREET, WILMINGTON, DE 19801 on *(date)* 03/19/2020 AT 1:45 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 03/19/2020

*Server's signature*

KEVIN S. DUNN          PROCESS SERVER
*Printed name and title*

0780334
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION ; PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBIT A; PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

SWORN TO ME ON 03/19/2020

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
Commission Expires May 1, 2022