## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| **Plaintiff,** | § § | **C.A. No. 2:20-cv-00080** |
| **v.** | § § | **JURY TRIAL DEMANDED** |
| **TCL CORPORATION,** | § § | |
| **TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED,** | § § § | |
| **HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.,** | § § § | |
| **TCT MOBILE INTERNATIONAL LTD,** | § § | |
| **AND** | § § | |
| **TCL ELECTRONICS HOLDINGS LIMITED,** | § § § | |
| **Defendants.** | § § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters an appearance as counsel for, and on behalf of, Cellular Communications Equipment LLC and hereby requests, pursuant to the Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

Jonathan H. Rastegar
Texas Bar No. 24064043
Bragalone Conroy PC
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jrastegar@bcpc-law.com

Dated: April 27, 2020

Respectfully submitted,

*/s/Jonathan H. Rastegar*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Jonathan H. Rastegar
Texas Bar No. 24064043
Jerry D. Tice II
Texas Bar No. 24093263

**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, TX 75201
Tel: (214) 785-6670
Fax: (214) 785-6680
jbragalone@bcpc-law.com
jrastegar@bcpc-law.com
jtice@bcpc-law.com

**ATTORNEYS FOR CELLULAR
COMMUNICATIONS EQUIPMENT
LLC**