# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00080 |
| v. | § § | **JURY TRIAL DEMANDED** |
| **TCL CORPORATION,** | § § | |
| **TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED,** | § § § § | |
| **HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.,** | § § § § | |
| **TCT MOBILE INTERNATIONAL LTD,** | § § | |
| **AND** | § § | |
| **TCL ELECTRONICS HOLDINGS LIMITED,** | § § § § | |
| Defendants. | § § | |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby enters an appearance as counsel for, and on behalf of, Cellular Communications Equipment LLC and hereby requests, pursuant to the Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

                    Jerry D. Tice II
                    Texas Bar No. 24093263
                    Bragalone Conroy PC
                    2200 Ross Avenue
                    Suite 4500W
                    Dallas, TX 75201
                    Tel: (214) 785-6670
                    Fax: (214) 785-6680
                    jtice@bcpc-law.com

Dated: April 27, 2020                    Respectfully submitted,

                    */s/Jerry D. Tice II*
                    Jeffrey R. Bragalone (lead attorney)
                    Texas Bar No. 02855775
                    Jonathan H. Rastegar
                    Texas Bar No. 24064043
                    Jerry D. Tice II
                    Texas Bar No. 24093263

                    **BRAGALONE CONROY PC**
                    2200 Ross Avenue
                    Suite 4500W
                    Dallas, TX 75201
                    Tel: (214) 785-6670
                    Fax: (214) 785-6680
                    jbragalone@bcpc-law.com
                    jrastegar@bcpc-law.com
                    jtice@bcpc-law.com

                    **ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC**