# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00080 |
| v. | § § | JURY TRIAL DEMANDED |
| TCL CORPORATION, | § § § | |
| TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, | § § § | |
| HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., | § § § | |
| TCT MOBILE INTERNATIONAL LTD, | § § | |
| AND | § § | |
| TCL ELECTRONICS HOLDINGS LIMITED, | § § § | |
| Defendants. | § § | |

## ORDER GRANTING THE PARTIES' JOINT AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S <u>COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT</u>

Before the Court is the parties' Joint Agreed Motion to Extend Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint and Waiver of Foreign Service Requirement in each of the above-referenced actions.

Having considered the request and waiver, the Court GRANTS the Motion. IT IS HEREBY ORDERED that the deadline for the Defendants to move, answer, or otherwise respond to the Amended Complaint is extended to and includes September 7, 2020.