# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL CORPORATION, TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE INTERNATIONAL LTD,<br><br>Defendants. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:20-CV-00080-JRG |

## ORDER

Before the Court is the Joint Agreed Motion to Extend Time to Answer or Otherwise Plead in Response to Plaintiff's Amended Complaint and Waiver of Foreign Service Requirement (the "Motion") filed by Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd., and TCL Electronics Holdings Limited ("Defendants") (collectively, the "Parties"). (Dkt. No. 18). In the Motion, Defendants agree to waive the foreign service requirement for an extension of time for all Defendants to answer, move, or otherwise respond to CCE's Amended Complaint up to and including September 7, 2020. Accordingly, the Court finds that the Defendants have waived service of process.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.

**So ORDERED and SIGNED this 12th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE