**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § § | C.A. No. 2:20-cv-00080 |
| v. | § § | **JURY TRIAL DEMANDED** |
| **TCL CORPORATION,** | § § § | |
| **TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED,** | § § § § | |
| **HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.,** | § § § § | |
| **TCT MOBILE INTERNATIONAL LTD,** | § § § | |
| **AND** | § § | |
| **TCL ELECTRONICS HOLDINGS LIMITED,** | § § § § | |
| Defendants. | § § | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby enters an appearance as counsel for, and on behalf of, Cellular Communications Equipment LLC and hereby requests, pursuant to the Federal Rules of Civil Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

                      Hunter S. Palmer
                      Texas Bar No. 24080748
                      Bragalone Conroy PC
                      2200 Ross Avenue
                      Suite 4500W
                      Dallas, TX 75201
                      Tel: (214) 785-6670
                      Fax: (214) 785-6680
                      jtice@bcpc-law.com

Dated: August 6, 2020                    Respectfully submitted,

                                          */s/Hunter S. Palmer*
                                          Jeffrey R. Bragalone (lead attorney)
                                          Texas Bar No. 02855775
                                          Jonathan H. Rastegar
                                          Texas Bar No. 24064043
                                          Jerry D. Tice II
                                          Texas Bar No. 24093263
                                          Hunter S. Palmer
                                          Texas Bar No. 24080748

                                          **BRAGALONE CONROY PC**
                                          2200 Ross Avenue
                                          Suite 4500W
                                          Dallas, TX 75201
                                          Tel: (214) 785-6670
                                          Fax: (214) 785-6680
                                          jbragalone@bcpc-law.com
                                          jrastegar@bcpc-law.com
                                          jtice@bcpc-law.com
                                          hpalmer@bcpc-law.com

                                          **ATTORNEYS FOR CELLULAR**
                                          **COMMUNICATIONS EQUIPMENT**
                                          **LLC**