IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:20-cv-00080-JRG |
| v. | § § § | JURY TRIAL DEMANDED |
| TCL CORPORATION; TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED; HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.; TCT MOBILE INTERNATIONAL LTD; and TCL ELECTRONICS HOLDINGS LIMITED, | § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Robert Benson is appearing as additional counsel for Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd, and TCL Electronics Holdings Limited ("Defendants") in this matter.  Defendants request that copies of all notices and filings be provided to Mr. Benson as follows:

Robert Benson
**Orrick, Herrington & Sutcliffe LLP**
2050 Main St., Suite 1100
Irvine, CA 92614-8255
Telephone:  949.567.6700
Facsimile:  949.567.6710
Email:  rbenson@orrick.com

-2-

Respectfully submitted,

*/s/ Robert Benson*
Robert Benson
California Bar No. 155971
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main St., Suite 1100
Irvine, CA 92614-8255
Telephone: 949.567.6700
Facsimile: 949.567.6710
Email: rbenson@orrick.com

*Attorneys for Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd, and TCL Electronics Holdings Limited*

-3-

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on August 10, 2020, counsel of record who are deemed to have consented to electronic services are being served with a copy of this document through the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class mail.

                                                */s/ Robert Benson*
                                                Robert Benson