# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | CIVIL ACTION NO. 2:20-CV-00080-JRG |
| v. § § | JURY TRIAL DEMANDED |
| TCL CORPORATION, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE INTERNATIONAL LTD, AND TCL ELECTRONICS HOLDINGS LIMITED, § § § § § § § § § § | |
| Defendants. § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd., and TCL Electronics Holdings Limited ("Defendants") (collectively, the "Parties") respectfully submit this Joint Motion to Stay All Deadlines and Notice of Settlement. The Parties would respectfully inform the Court as follows:

The Parties have reached a settlement in principle of all matters in controversy, pending documentation, and request that the Court stay all deadlines, including the setting of any Scheduling Conference, for thirty (30) days.

| Dated: August 19, 2020 | Respectfully submitted, |
|---|---|
| /s/*Jonathan H. Rastegar*<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>jrastegar@bcpc-law.com<br><br>ATTORNEYS FOR PLAINTIFF<br>CELLULAR COMMUNICATIONS<br>EQUIPMENT LLC | /s/*Jeffrey L. Johnson*<br>Jeffrey L. Johnson<br>State Bar No. 24029638<br>**ORRICK, HERRINGTON &SUTCLIFFE LLP**<br>609 Main St., 40th Floor<br>Houston, TX 77002<br>Telephone: (713)658-6450<br>Facsimile: (713)658-6401<br>jj@orrick.com<br><br>ATTORNEY FOR DEFENDANTS |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 19, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.

/s/*Jonathan H. Rastegar*