**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** § § § | |
| Plaintiff, § | **CIVIL ACTION NO. 2:20-CV-00080-JRG** |
| v. § § | **JURY TRIAL DEMANDED** |
| **TCL CORPORATION, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE INTERNATIONAL LTD, AND TCL ELECTRONICS HOLDINGS LIMITED,** § § § § § § § § § § | |
| Defendants. § | |

**ORDER**

Before the Court is the Joint Motion to Stay and Notice of Settlement filed by Plaintiff Cellular Communications Equipment LLC and Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd., and TCL Electronics Holdings Limited.

Having considered the filing, and finding that good cause exists for granting of the motion therein, the Court GRANTS the motion and ORDERS that all proceedings and deadlines are stayed for thirty (30) days from the date of this Order while the parties memorialize their settlement and move to dismiss.