**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| | § | CIVIL ACTION NO.  2:20-CV-00080-JRG |
| Plaintiff, | § § | |
| | § | |
| v. | § § | |
| | § | |
| TCL CORPORATION, TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE INTERNATIONAL LTD, | § § § § | |
| Defendants. | | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd., and TCL Electronics Holdings Limited ("Defendants") (collectively, the "Parties"). (Dkt. No. 22). In the Motion, the Parties represent that they have reached a settlement in principle of all matters in controversy, and request that the Court stay all deadlines for thirty (30) days.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines are **ORDERED** stayed for thirty (30) days from the date of this Order, during which time appropriate dismissal papers (disposing of and finalizing all issues) shall be filed with the Court.

**So ORDERED and SIGNED this 20th day of August, 2020.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE