IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § § Plaintiff, § § v. § § TCL CORPORATION, TCL ELECTRONICS HOLDINGS LIMITED, § TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE INTERNATIONAL LTD, § § § § Defendants. | CIVIL ACTION NO.  2:20-CV-00080-JRG |

## ORDER

Before the Court is the Joint Motion to Extend Stay of All Deadlines (the "Motion") filed by Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd., and TCL Electronics Holdings Limited ("Defendants") (collectively, the "Parties"). (Dkt. No. 24). In the Motion, the Parties represent that they have reached a settlement in principle of all matters in controversy, and request that the Court stay all deadlines for an additional sixty (60) days.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines are **ORDERED** stayed for an additional sixty (60) days from the date of this Order, during which time appropriate dismissal papers (disposing of and finalizing all issues) shall be filed with the Court.

2

**So ORDERED and SIGNED this 22nd day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE