IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | CIVIL ACTION NO. 2:20-CV-00080-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| TCL CORPORATION, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE INTERNATIONAL LTD, AND TCL ELECTRONICS HOLDINGS LIMITED, § § § § § § § § § § | |
| Defendants. § | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd., and TCL Electronics Holdings Limited ("Defendants") (collectively, "TCL") have resolved CCE's claims for relief asserted against TCL in this case.

NOW, THEREFORE, CCE and TCL, through their attorneys of record, request the Court to dismiss all claims asserted by CCE against TCL with prejudice, and all claims asserted by TCL against CCE without prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: November 5, 2020          Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey R. Bragalone<br>Jeffrey R. Bragalone (lead attorney)<br>Texas Bar No. 02855775<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br><br>**BRAGALONE CONROY PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>jrastegar@bcpc-law.com<br><br>ATTORNEYS FOR PLAINTIFF<br>CELLULAR COMMUNICATIONS<br>EQUIPMENT LLC | */s/ Jeffrey L. Johnson with persmission*<br>Jeffrey L. Johnson<br>State Bar No. 24029638<br>**ORRICK, HERRINGTON &SUTCLIFFE LLP**<br>609 Main St., 40th Floor<br>Houston, TX 77002<br>Telephone: (713)658-6450<br>Facsimile: (713)658-6401<br>jj@orrick.com<br><br>ATTORNEYS FOR DEFENDANTS |