IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | CIVIL ACTION NO. 2:20-CV-00080-JRG |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| TCL CORPORATION, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE INTERNATIONAL LTD, AND TCL ELECTRONICS HOLDINGS LIMITED, § § § § § § § § § § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants TCL Corporation, TCL Communication Technology Holdings Limited, Huizhou TCL Mobile Communication Co. Ltd., TCT Mobile International Ltd., and TCL Electronics Holdings Limited ("Defendants") (collectively, the "TCL"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby,

**ORDERED** that all claims asserted by CCE against TCL in this action are hereby dismissed with prejudice, and that all claims asserted by TCL against CCE in this action are hereby dismissed without prejudice, subject to the Court's reservation of jurisdiction over the parties to enforce the parties' settlement agreement. It is further,

**ORDERED** that CCE and TCL shall bear their own costs, expenses and legal fees in this case.